## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

VICKI DIMONE,
        Plaintiff,              CASE NO. 17-CV-60946-MARTINEZ/
                                          OTAZO-REYES

vs.

OAKLAND PARK ANIMAL
HOSPITAL, INC., a Florida
corporation, and SPENCER
RATNOFF, D.V.M., Individually,
        Defendants.
_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, Vicki Dimone, by her undersigned counsel, hereby informs the Court that the parties have reached a settlement in this matter. Settlement documents will be forthcoming.

                                                      Respectfully submitted,

                                                        Mark J. Berkowitz, P.A.
                                                        Attorney for Plaintiff
                                                        800 S.E. Third Avenue
                                                        Suite 400
                                                        Ft. Lauderdale, Florida 33316
                                                        (954) 527-0570 Telephone
                                                        (954) 767-0483 Telecopier
                                                        E-mail: labor@markjberkowitz.com
                                                        Fla. Bar No. 369391

                                                        /s/ Mark J. Berkowitz
                                                        By: Mark J. Berkowitz

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by the Court's electronic filing system, CM/ECF, on this 28th day of June, 2017, to Amit Adi, Lubbell & Rosen, 200 S. Andrews Avenue, Ft. Lauderdale, Florida 33301.

/s/ Mark J. Berkowitz
By: Mark J. Berkowitz