UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
Case Number: 17-60946-CIV-MARTINEZ-OTAZO-REYES

VICKI DIMONE,
    Plaintiff,

vs.

OAKLAND PARK ANIMAL HOSPITAL,
INC., *et al.*,
    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Stipulation for Dismissal with Prejudice [ECF No. 23]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. Each party shall bear its own costs and attorney's fees. The Court retains jurisdiction to enforce the terms of the settlement. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of July, 2017.

                                                    _____
                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record